GENERAL ELECTRIC CO. v. EISLER et al.

No. 4074.

Circuit Court of Appeals, Third Circuit.

Sept. 5, 1930.

the learned District Judge, and affirm the decree on his opinion.

Affirmed.

Merrell E. Clark, of New York City, for appellant.

Richard Eyre, of New York City, for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

This is an appeal from a decree of the District Court dismissing the bill filed in the above-stated cause on the ground that claims 1, 3, 5, 8, and 14 of the Mitchell & White patent, No. 1,453,594, claim No. 7 of the Mitchell & White patent, No. 1,453,595, and claims 2 and 6 of the Marshall patent, No. 1,475,192, are invalid because of the lack of invention. We agree with the conclusions of

Thomas R. White, Albert B. Maris, and White, Parry, Schnader & Maris, all of Philadelphia, Pa., for appellant.